FILED

2003 OCT 17 P 12: 38

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH K. TALWAR, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01cv01089 (SRU) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF MOTOR | | |
| VEHICLES and DEPARTMENT OF | | |
| ADMINISTRATIVE SERVICES | : | |
| *Defendants* | : | October 16, 2003 |

## MOTION TO MODIFY PRE-TRIAL ORDER

COMES NOW the defendant through counsel to respectfully request an extension of time of forty five (45) days up to and including December 16, 2003 to file a final joint pre-trial memorandum. In support of this motion the defendants represent as follows:

1. The current Pre-Trial Order has set a deadline of October 31, 2003 for filing the Joint Pre-Trial Memorandum.

2. The undersigned is currently at trial in state court. The trial commenced on September 30, 2003 and evidentiary presentation concluded on Wednesday, October 15, 2003 and went to the jury same date. The 2½ week trial consumed the majority of defendant counsel's time during that timeframe.

3. The attention paid to the trial, unfortunately, has put the defendants' counsel in the position of needing to address pending litigation matters immediately, including but not limited to responding to a plaintiff's motion for a temporary and/or permanent injunction to the United States Second Circuit Court of Appeals and addressing voluminous discovery requests in three other matters.

4. This is defendant counsel's first request to modify the Pre-Trial Order.

5. Neither the plaintiff nor the defendants will be prejudiced by this request. Plaintiff's counsel has not contacted the undersigned to date regarding the joint aspect of the pre-trial memorandum.

6. The trial calendar call scheduled for November 5, 2003 to schedule a trial date will not be effected by this request and a trial date can be set by the 2004 deadline set by the Court.

7. Pursuant to Local Rule 7(b), the undersigned contacted opposing counsel, Robert Mucinsky, Esq., and he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request a modification of the Pre-Trial Order to reset the deadline for filing the Joint Pre-Trial Memorandum up to and including December 16, 2003.

DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR
VEHICLES and DEPARTMENT OF
ADMINISTRATIVE SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: Eleanor.Mullen@po.state.ct.us
Federal Bar # ct 22430

## CERTIFICATION

I herein certify that a copy was mailed this 16th day of October, 2003 to all counsel of record via United States mail, first class mail, postage prepaid, to:

Robert Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106-1566

*Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General