FILED

2003 OCT 17  P 12:38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH K. TALWAR,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:01cv01089 (SRU) |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR<br>VEHICLES and DEPARTMENT OF<br>ADMINISTRATIVE SERVICES<br>*Defendants* | : | October 16, 2003 |

## MOTION TO MODIFY PRE-TRIAL ORDER

COMES NOW the defendant through counsel to respectfully request an extension of time of forty five (45) days up to and including December 16, 2003 to file a final joint pre-trial memorandum. In support of this motion the defendants represent as follows:

1.  The current Pre-Trial Order has set a deadline of October 31, 2003 for filing the Joint Pre-Trial Memorandum.

2.  The undersigned is currently at trial in state court. The trial commenced on September 30, 2003 and evidentiary presentation concluded on Wednesday, October 15, 2003 and went to the jury same date. The 2½ week trial consumed the majority of defendant counsel's time during that timeframe.

3.  The attention paid to the trial, unfortunately, has put the defendants' counsel in the position of needing to address pending litigation matters immediately, including but not limited to responding to a plaintiff's motion for a temporary and/or permanent injunction to the United States Second Circuit Court of Appeals and addressing voluminous discovery requests in three other matters.

GRANTED; ABSENT OBJECTION.

SO ORDERED, /s/ Stefan R. Underhill U.S.D.J.  10/28/03