TOTAL TIME: ___ hours ___ minutes

HONORABLE **S.R. Underhill**
DEPUTY CLERK **B. Sbalbi**  RPTR/ERO/TAPE **S. Catucci**

DATE **11/5/03**   START TIME **10:25**   END TIME **10:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Talwar**
vs.
**State CT**

CIVIL NO. **3:01CV1089 (SRU)**

**Robert Muchinsky**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Eleanor Mullen**
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ...... ☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☐ ...... ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

☐ ...#... Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...#... Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...#... Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...#... Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed

☐ ...... _____ # jurors present

☐ ...... Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ...... Voir Dire by Court

☐ ...... Peremptory challenges exercised (See attached)

☐ ...... Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ...... Remaining jurors excused

☐ ...... Discovery deadline set for _____

☐ ...... Disposition Motions due _____

☐ ...... Joint trial memorandum due _____

☑ ...... Trial continued until **5/17/03** at **9am**

☑ **Jury Selection set for 5/13/03 @ 9am**   ☐ COPY TO: JURY CLERK