UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 16  P 12: 34

| | |
|---|---|
| MAHESH TALWAR<br>*Plaintiff* | : CIIVL ACTION NO.<br>: 3:01-CV-01089 (SRU) |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR<br>VEHICLES and DEPARTMENT OF<br>ADMINISTRATIVE SERVICES<br>*Defendant* | :<br>:<br>:<br>:<br>: December 15, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

COME NOW the defendants through counsel to respectfully request an extension of time up to and including April 15, 2003, to file a joint pre-trial memorandum. In support of this motion the defendants represent as follows:

1. The Pre-Trial Order set a deadline of October 31, 2003 for filing the Joint Pre-Trial Memorandum.

2. The above-described deadline for filing the Joint Pre-Trial Order was modified by margin order dated October 23, 2003, which set December 16, 2003 as the deadline for the same.

3. The matter has been set for trial on May 17, 2003.

4. The undersigned requests a further extension of time up to and including April 15, 2003 because of the press of other litigation through April, 2003.

5. Pursuant to Local rule 7(b), the undersigned contacted opposing counsel, Robert Muchinsky, and he has NO OBJECTION to the granting of this motion.

WHEREFORE, the defendants respectfully request a modification of the Pre-Trial Order to reset the deadline for filing the Joint Pre-Trial Memorandum up to and including April 15, 2003.

DEFENDANT
STATE OF CONNECTOICUT,
DEPARTMENT OF MOTOR VEHICLES
And ADMINSITRATIVE SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General
Juris No. 22430
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion For Enlargement of Time was mailed, first class postage prepaid, this 15th day of December, 2003 to:

**Robert Muchinsky, Esq.**
**39 Russ St.**
**Hartford, CT 06106-1566**

Eleanor May Mullen
Assistant Attorney General