UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV1089(SRU) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | |
| And DEPARTMENT OF | : | |
| ADMINISTRATIVE SERVICES, | : | |
| *Defendants* | : | March 25, 2004 |

**MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON THE LIMITED ISSUE OF THE LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR EXPEDITED BRIEFING SCHEDULE**

Come now the defendants through counsel to respectfully request permission to file a motion for summary judgment on the limited issue of lack of subject matter jurisdiction based on plaintiff's failure to exhaust his administrative remedies against the Department of Administrative Services (hereinafter "DAS"). In support of this motion, the defendants represent as follows:

1.	The Court by endorsement (Doc.# 26) set the date of April 15, 2003, for the filing of dispositive motions.

2.	The Court at its trial calendar call on November 5, 2003, set the date of May 17, 2004 for trial. (Doc. #33).

The defendants, having recently determined that no administrative charge was ever filed against DAS thereby depriving the court of subject matter jurisdiction over the complaint as it relates to defendant DAS. The defendants respectfully request permission to file a motion for summary judgment on this limited issue in the interests of narrowing the issues for trial.

Accompanying this motion is the defendant's motion for summary judgment and memorandum in support thereof which sets forth the case law allowing the issue of subject matter jurisdiction to be raised at any time.

Defendants further request an expedited briefing schedule in light of the upcoming trial. Pursuant to Local Rule 7(b), the undersigned contacted opposing counsel, Robert Muchinsky, who has no objection to the filing of this motion.

WHEREFORE, the defendants respectfully request permission to file a motion for summary judgment on the above-described limited issue of lack of subject matter jurisdiction. In addition, the defendants request an expedited briefing schedule.

          DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR
VEHICLES and DEPARTMENT OF
ADMINISTRATIVE SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. ct.22430
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion For Permission To File Motion For Summary Judgment On The Limited Issue of Lack Of Subject Matter Jurisdiction and Expedited Briefing schedule was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 25th day of March, 2004, first class postage prepaid to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106

_____
Eleanor May Mullen
Assistant Attorney General