UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV1089(SRU) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | |
| And DEPARTMENT OF | : | |
| ADMINISTRATIVE SERVICES, | : | |
| *Defendants* | : | March 26, 2004 |

**CORRECTED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON THE LIMITED ISSUE OF THE LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR EXPEDITED BRIEFING SCHEDULE**

Come now the defendants through counsel to correct the Motion For Leave To File Motion For Summary On The Limited Issue Of Lack Of Subject Matter Jurisdiction And Motion For Expedited Briefing Schedule, dated March 25, 2004.  Defendants' counsel apparently misinterpreted plaintiff's counsel's approval of the filing of the motion during a phone conversation.  Plaintiff's counsel has contacted defendants' counsel to indicate his objection to the filing of the motion.

WHEREFORE, the defendants respectfully correct the Motion For Leave To File Motion For Summary On The Limited Issue Of Lack Of Subject Matter Jurisdiction And Motion For Expedited Briefing Schedule, dated March 25, 2004, to indicate plaintiff's counsel, Robert B. Muchinsky's objection to the filing of the same.

DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR
VEHICLES and DEPARTMENT OF
ADMINISTRATIVE SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. ct.22430
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion For Permission To File Motion For Summary Judgment On The Limited Issue of Lack Of Subject Matter Jurisdiction and Expedited Briefing schedule was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 26th day of March, 2004, first class postage prepaid to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106

_____
Eleanor May Mullen
Assistant Attorney General