*STATUS CONFERENCE HELD*

*DATE: 4/6/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

*( 30 min. )*

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

April 6, 2004
*10:00 a.m.*
~~12:00 p.m.~~

CASE NO. **3:01cv1089    Talwar v State of CT**

Robert B. Muchinsky
39 Russ St.
Hartford, CT 06106-1566

Eleanor M. Mullen
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

Maria C. Rodriguez
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK