UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV1089(SRU) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | |
| And DEPARTMENT OF | : | |
| ADMINISTRATIVE SERVICES, | : | |
| *Defendants* | : | April 12, 2004 |

## DEFENDANTS' MOTION TO DISMISS

Defendants, State of Connecticut, Department of Motor Vehicles and Department of Administrative Services, respectfully move to dismiss the above-captioned complaint pursuant to Fed. Rule Civ. P. Rule 12(b)(1) to the extent it alleges a breach of contract claim against the defendant DAS based on the Court's lack of jurisdiction over the subject matter of the complaint as it relates to the breach of contract claim against DAS.

DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR
VEHICLES and DEPARTMENT
OF ADMINISTRATIVE
SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct.21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Motion To Dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of April, 2004, first class postage prepaid to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106

_____

Joesph A. Jordano
Assistant Attorney General