UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR | : | Case No. 3:01CV1089(SRU) |
| *Plaintiff* | : | |
| v. | : | Judge Stefan R. Underhill |
| | : | |
| State of Connecticut | : | Notice of Manual Filing |
| Dept. of Motor Vehicles | : | |
| et al. | : | |
| *Defendants* | : | April 12, 2004 |

    Please take notice that the Defendants, State of Connecticut, Department of Motor Vehicles, et al., have manually filed the following document or thing

    Exhibits in Support of Defendant's Motion to Dismiss

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                               Respectfully submitted,

                                                                /s/ Eleanor May Mullen
                                                                Eleanor May Mullen
                                                               Assistant Attorney General
                                                               55 Elm Street, P.O. Box 120
                                                               Hartford, CT  06141-0120
                                                               Phone: (860) 808-5340
                                                               Fax: (860) 808-5383
                                                               E-mail: Eleanor.Mullen@po.state.ct.us
                                                              Federal Bar # ct22430