UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR,<br>*Plaintiff* | : | CIVIL ACTION NO. 3:01CV1089(SRU) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR VEHICLES<br>And DEPARTMENT OF<br>ADMINISTRATIVE SERVICES,<br>*Defendants* | : : : : : | |

*(FILED stamp: 2004 APR -8 P 2:13 U.S. DISTRICT COURT BRIDGEPORT, CONN)*

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter the appearance of Assistant Attorney General Joseph A. Jordano for the defendants State of Connecticut, Department of Motor Vehicles and State of Connecticut, Department of Administrative Services in the above-captioned matter. This appearance is in addition to that on file of Assistant Attorney General Eleanor May Mullen.

DEFENDANTS,
DEPARTMENT OF MOTOR
VEHICLES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No.: ct21487
E-Mail Address:
Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed first class, postage prepaid, this 6th day of April, 2004 to:

Richard W. Gifford, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Glen T. Terk, Esq.
81 Wolcott Hill Road
Wethersfield, CT 06109-1242

_____
Joseph A. Jordano
Assistant Attorney General

2