UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR,<br>*Plaintiff* | : | CIVIL ACTION NO. 3:01CV1089(SRU) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR VEHICLES<br>And DEPARTMENT OF<br>ADMINISTRATIVE SERVICES,<br>*Defendants* | :<br>:<br>:<br>:<br>: | APRIL 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Maria C. Rodriguez requests leave of the Court to withdraw her appearance on behalf of all the defendants in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Joseph A. Jordano has this same day filed an appearance on behalf of the defendants. The appearance of Joseph A. Jordano is in addition to the appearance of Assistant Attorney General Eleanor May Mullen.

```
                            DEFENDANTS
                            STATE OF CONNECTICUT
                            DEPARTMENT OF MOTOR
                            VEHICLES and DEPARTMENT OF
                            ADMINISTRATIVE SERVICES

                            RICHARD BLUMENTHAL
                            ATTORNEY GENERAL

                    BY:     _____
                            Maria C. Rodriguez
                            Assistant Attorney General
                            Federal Bar No. ct08946
                            55 Elm Street, P.O. Box 120
                            Hartford, CT 06141-0120
                            Tel: (860) 808-5340
                            Fax: (860) 808-5383
                            E-Mail Address:
                            Mariac.Rodriguez@po.state.ct.us
```

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was mailed first class, postage prepaid, this 6th day of April, 2004 to:

Richard W. Gifford, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Glen T. Terk, Esq.
81 Wolcott Hill Road
Wethersfield, CT 06109-1242

Joseph A. Jordano
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Eleanor May Mullen
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
Maria C. Rodriguez
Assistant Attorney General

2