UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAHESH TALWAR,<br>*Plaintiff* | CIVIL ACTION NO. 3:01CV1089(SRU) |
| v. | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR VEHICLES<br>And DEPARTMENT OF<br>ADMINISTRATIVE SERVICES,<br>*Defendants* | APRIL 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Maria C. Rodriguez requests leave of the Court to withdraw her appearance on behalf of all the defendants in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Joseph A. Jordano has this same day filed an appearance on behalf of the defendants. The appearance of Joseph A. Jordano is in addition to the appearance of Assistant Attorney General Eleanor May Mullen.

                                            DEFENDANTS
                                            STATE OF CONNECTICUT
                                            DEPARTMENT OF MOTOR
                                            VEHICLES and DEPARTMENT OF
                                            ADMINISTRATIVE SERVICES

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL

BY: _____
                                            Maria C. Rodriguez
                                            Assistant Attorney General
                                            Federal Bar No. ct08946
                                            55 Elm Street, P.O. Box 120
                                            Hartford, CT  06141-0120
                                            Tel: (860) 808-5340
                                            Fax: (860) 808-5383
                                            E-Mail Address:
                                            Mariac.Rodriguez@po.state.ct.us

[Stamps: FILED 2004 APR -8 P, U.S. DISTRICT COURT BRIDGEPORT, CONN; MOTION GRANTED. SO ORDERED. 4/16/04]