```
                                             FILED
                                        2004 MAY 10  P 12: 55
                                          U.S. DISTRICT COURT
                                          BRIDGEPORT, CONN
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | CIVIL ACTION NO. |
|  | : | 3:01cv1089 (SRU) |
| v. | : | |
| STATE OF CONNECTICUT DEPARTMENT | : | |
| OF ADMINISTRATIVE SERVICES, ET AL | : | MAY 7, 2004 |

MOTION TO WITHDRAW APPEARANCE

The undersigned, former counsel to the Plaintiff, Mahesh Talwar, hereby moves to withdraw his appearance on behalf of the Plaintiff, and further represents that the Plaintiff is now, and has been for some time, represented in this action by Robert B. Muchinsky, Esq.

Douglas J. Lewis
Evans & Lewis, LLC
93 Greenwood Ave.
Bethel, CT  06801
(203) 743-7644
CT 01079

CERTIFICATION

I certify that a copy of the foregoing, "Motion To Withdraw Appearance", was mailed, postage prepaid, to all counsel and parties in interest, as follows:

Mr. Mahesh Talwar
33 Eastwood Road
Danbury, CT  06811

Robert B. Muchinsky, Esq.
39 Russ St.
Hartford, CT  06106

Eleanor M. Mullen
Asst. Atty. General
55 Elm St., P.O. Box 120
Hartford, CT  06141-0120

Richard Gifford, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109

_____
Douglas J. Lewis