UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAHESH K. TALWAR | : 2004 MAY 11 P 2: 24<br>: Civil Action No.<br>: 3:01cv01089(SRU)<br>: U.S. DISTRICT COURT<br>: BRIDGEPORT, CONN |
| v. | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR VEHICLES AND<br>DEPARTMENT OF ADMINISTRATIVE SERVICES | :<br>:<br>: May 10, 2004 |

### MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE

Plaintiff, Mahesh Talwar, hereby moves to preclude the introduction of certain evidence at trial which relates to claims made against plaintiff which were dismissed by a Judge of the Superior Court of the State of Connecticut and has no relation to his claim of race, color, national origin and retaliation.

In support of its motion, Plaintiff relies on the accompanying Memorandum of Law.

*[signature]*
Robert B. Muchinsky
39 Russ Street
Hartford, CT 06106
Telephone: 860-297-0037
Facsimile: 860-297-0040
Federal Bar No.: ct12702

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record on May 11, 2004.

**Defendants:**

Eleanor Mullen
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT 06141-0120

**Filing Location:**

Clerk of Court
United States District Court
95 Lafayette Boulevard
Bridgeport, CT 06604

_____
Robert B. Muchinsky

Robert B. Muchinsky, Attorney at Law
39 Russ Street, Hartford, CT 06106 ~ Tel: 860-297-0037 ~ Fax 860-297-0040