HONORABLE Stefan Underhill  (of counsel January 18, 2002)
DEPUTY CLERK Mintz       RPTR/ERO/TAPE Catucci

TOTAL TIME: 2 hours 15 minutes

DATE 5-13-04     START TIME 9:15     END TIME 11:30
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:01cv1089 (SRU)

Talwar
vs.
State of Conn.

§
§     Robert Muchinsky
§     Plaintiffs Counsel
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§     Joseph Jordano
§     Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ....... ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☑ ....... ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ..#.. Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....... _____ ☐ filed ☐ docketed
☑ ....... All Claims against Department of Administrative Services are dismissed. (Doc #40)  ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☑ ....... __64__ # jurors present
☑ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ ....... Voir Dire by Court
☐ ....... Peremptory challenges exercised (See attached)
☑ ....... Jury of _8_ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☑ ....... Remaining jurors excused
☐ ....... Discovery deadline set for _____
☐ ....... Disposition Motions due _____
☐ ....... Joint trial memorandum due _____
☑ ....... Trial continued until 5-17-04 at 9:00 A.M.

☑ COPY TO: JURY CLERK

(CD.10-Rev. 9/92)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Talwar
v
State of Conn.

CASE NO. 3:01cv1089(SRU)

## CIVIL CHALLENGES

1. JACKSON #33
2. AMBRETTE #31
3. BAILEY #11
4. CALL #19

1. Holtz, Jeffrey #27
2. Liphardt, Lisa #32
3. Kulf, Darlene #10
4. Maduri, Donna #25

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT(S)

CD 12-Rev 9 92

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Talwar
v
State of Conn.

CASE NO. 3:01cv1089 (SRV)

## CIVIL JURY PANEL AS DRAWN

1. #4 Dianne Ramsey
2. #9 Victoria Johnson
3. #13 Barbara Franzen
4. #15 Linda Benware
5. #16 Hongbing Deng
6. #17 Alan Hildred
7. #20 Elaine Kelley
8. #36 Elisabeth Pickens

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV1089(SRU)**
Description: **TALWAR V. STATE**

Date: **5/13/04**
Time: **9:03 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ① | 100096542 | 02-0086 | RACANIELLO, AUDREY — BRIDGEPORT — CAREGIVER/CULINARY STUDENT, NIGHTS — *Work Hardship* | CP |
| ② | 100122914 | 02-0143 | PAUL, THERESA M — BRIDGEPORT — TUTOR — *Sist. Hus. motorcycle accident. 2 yr. old - Day Care Problem* | CP |
| ③ | 100121524 | 02-0280 | HERMAN, DAVID I — STAMFORD — TEACHER — *Spec. Ed. plan Circu.* | CP |
| 4 | 100117842 | 02-0228 | RAMSEY, DIANNE G — RIDGEFIELD — ~~Imposition. works 7 Days a week M.V. Accident~~ | J-1 |
| ⑤ | 100084233 | 02-0092 | LENTZ, CHRISTOPHER M — NEW FAIRFIELD — MANAGER — *Unfair. Imposition. Works 7 Days a week. MV Accident* | CP |
| ⑥ | 100112584 | 02-0071 | CASE, ROBERT I — WILTON — FINANCIAL EXECUTIVE — *H+F — Medical Class Action Suit. Test: Fed G.J. Wife Sick. MA 5/19 - 5/20* | CP |
| ⑦ | 100124141 | 02-0117 | FOWLER, HERSHALL R — NORWALK — FINANCE — *Rtn Monday Am from Graduation. Unfair* | CP |
| ⑧ | 100119544 | 02-0075 | HOPP, KIMBERLY A — NORWALK — OFFICE MANAGER — *H+F — Day Care Prob. Unfair* | CP |
| 9 | 100088810 | 02-0276 | JOHNSON, VICTORIA — STRATFORD — CUSTOMER SERVICE REP. — *O.K.* | J-2 |

*H+F Finding*
*Hung or Finding*

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV1089(SRU)**
Description: **TALWAR V. STATE**

Date: **5/13/04**
Time: **9:03 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 10 | 100093637 | 02-0082 | **KOLF, DARLENE S** <br> BROOKFIELD <br> H+F <br> DIRECTOR CHILD CARE/PRESCHOOL | OK. | PD |
| 11 | 100116489 | 02-0029 | **BAILEY, RICHARD R** <br> SANDY HOOK <br> CUSTODIAN | O.K. | PP |
| (12) | 100085509 | 02-0187 | **PETERSON, JEFFREY L** Monthly $8.24 <br> FAIRFIELD <br> H+F <br> HUMAN RESOURCE CONSULTANT (3 mos of work) S: | | CP |
| 13 | 100094850 | 02-0150 | **FRANZEN, BARBARA C** <br> FAIRFIELD <br> RESIDENTIAL REAL ESTATE SALES | OK. | J-3 |
| (14) | 100122556 | 02-0172 | **PHU, KINH K** work Hardship <br> DANBURY <br> HAIR STYLE   Can't read too good | | CP |
| 15 | 100106350 | 02-0110 | **BENWARE, LINDA J** <br> STAMFORD <br> SCHOOL SECRETARY | O.K. | J-4 |
| 16 | 100120626 | 02-0030 | **DENG, HONGBING** <br> SANDY HOOK <br> GENERAL MANAGER <br> ~~Accident-M-V-Fair~~ | O.K. | J-5 |
| 17 | 100094281 | 02-0014 | **HILDRED JR, ALAN** <br> NEWTOWN <br> H+F <br> SUPERVISOR | O.K. | J-6 |
| (18) | 100123790 | 02-0032 | **FAUGNO, KEITH P** <br> STAMFORD <br> SALES   New position Kansas. Rtn Next Friday | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:01CV1089(SRU)**  
Description: **TALWAR V. STATE**

Date: **5/13/04**  
Time: **9:03 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100117789 | 02-0261 | CALL, GLADYS S — FAIRFIELD — CAFETERIA SERVICE — *Prob. with trial Dates but what are you going To do!* | PP |
| 20 | 100120343 | 02-0251 | KELLEY, ELAINE M — GREENWICH — ADMINISTRATIVE ASSOCIATE — *O.K.* | J.7 |
| (21) | 100104570 | 02-0296 | MOFFAT, BRUCE K — RIDGEFIELD — H+F — ENGINEER/MARKETING MANAGEMENT — *Sunday Care - 5/18 medical Condition Tests* | CP |
| (22) | 100101557 | 02-0206 | PASCARELL SR, ROBERT W — TRUMBULL — FINANCIAL CONSULTANT — *Medical Prob. Chemo 21, 22* | CP |
| (23) | 100083919 | 02-0166 | INGRAHAM, ROBERT P — DANBURY — H+F — *O.K.* | CP |
| (24) | 100110891 | 02-0089 | LIPOVETSKY, SIMON — NEW CANAAN — H+F — SR. MANAGER, IS — *Training Systems mgm. "People can't understand me"* | CP |
| 25 | 100103051 | 02-0168 | MADURI, DONNA M — STAMFORD — BOOKKEEPER — *Small Claims — May 26th Closing FL* | PD |
| (26) | 100116161 | 02-0244 | JACOBELLIS, JOHN L — STAMFORD — H+F — Self-Emp CONTRACTOR — *Won't Financial Hardship* | CP |
| 27 | 100118591 | 02-0036 | HOLTZ, JEFFREY A — STRATFORD — BROADCASTER/JOURNALIST — *O.K. Covered DMV Blumenthal F+O* | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV1089(SRU)**
Description: **TALWAR V. STATE**

Date: **5/13/04**
Time: **9:03 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (28) | 100104411 | 02-0211 | **MCCUEN, NANCY A** <br> STRATFORD <br> CHURCH ADMINISTRATOR <br> *Medical Prob - Balance M.S.* | CP |
| (29) | 100099125 | 02-0290 | **FERNANDES, MICHAEL G** <br> STRATFORD <br> POLICE OFFICER   *O.K.* <br> *Worked w/ MV* | CP |
| (30) | 100089123 | 02-0141 | **HAUER, JOEL A** <br> DARIEN  *H+F* <br> ADVERTISING SALES  *Mtg. Closing - Wed.* | CP |
| 31 | 100113144 | 02-0182 | **AMBRETTE, BRIAN F** <br> NORWALK <br> COACH   *O.K.* | PP |
| 32 | 100110823 | 02-0045 | **LIPHARDT, LISA A**  *Company Coming* <br> BRIDGEPORT  *B.D. 5/26* | PD |
| 33 | 100118176 | 02-0236 | **JACKSON JR, HUGH K** <br> STAMFORD <br> CORPORATE ENGINEER   *O.K.* | PP |
| (34) | 100108446 | 02-0264 | **LEWICKI, SUSAN A** <br> TRUMBULL <br> DENTAL HYGIENIST  *5/18 - Prepaid Event Starts 4:00 pm NY.* | CP |
| (35) | 100117943 | 02-0180 | **KAMEN, SANDRA L**   *Europe 5-25* <br> GREENWICH  *E missions* | CP |
| 36 | 100126159 | 02-0279 | **PICKENS, ELISABETH A**   *O.K.* <br> SHELTON | J-8 |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV1089(SRU)**
Description: **TALWAR V. STATE**

Date: **5/13/04**
Time: **9:03 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100097178 | 02-0155 | HALLABECK JR, EDWARD F — DANBURY — ELECTRONIC ENGINEER — *O.K.* — *A+F* | |
| (38) | 100092809 | 02-0209 | PELOQUIN, LEON N — MONROE — PARTS DELIVERY, RETIRED POLICE OFFICER — *Knows MV Inspectors* — *Hardship* — *Unfair* | CP |
| (39) | 100097312 | 02-0094 | MERRILL, JUDITH A — BRIDGEPORT — *Daughter Atty. Livingston · Employment* — *Dislikes MV* | CP |
| 40 | 100112385 | 02-0291 | KEATING, CYNTHIA W — GREENWICH — *Vacation 5/23 thru 6/3* | |
| (41) | 100107415 | 02-0142 | CARROLL, CHRISTINE M — STAMFORD — FAMILY SUPPORT WORKER — *P Board Meetings* | CP |
| (42) | 100124724 | 02-0208 | MARRON, MICHAEL J — BROOKFIELD — *MV - F+O* — *5/21 Vacation* | CP |
| 43 | 100096990 | 02-0268 | HANSEN, MARGARET A — GREENWICH | |
| 44 | 100087936 | 02-0163 | PORUBAN, BARBARA J — FAIRFIELD — RETIRED SCHOOL TEACHER | |
| 45 | 100100425 | 02-0159 | CASTINE, MICHAEL P — DARIEN | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:01CV1089(SRU)**  
Description: **TALWAR V. STATE**

Date: **5/13/04**  
Time: **9:03 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 55 | 100105739 | 02-0287 | **MORAN, JANET K** <br> BRIDGEPORT <br> SALES REPRESENTATIVE | |
| 56 | 100081694 | 02-0260 | **MASTRODDI JR, JOHN L** <br> BROOKFIELD <br> SOCIAL SERVICES INVESTIGATOR | |
| 57 | 100101216 | 02-0300 | **PLANT, SHEILA V** <br> DARIEN <br> EXECUTIVE ASSISTANT | |
| 58 | 100112533 | 02-0081 | **DEVINE, PAUL J** <br> DANBURY <br> PRODUCE MANAGER | |
| 59 | 100106864 | 02-0262 | **FELLMETH, RICHARD J** <br> DANBURY <br> FINANCIAL & OPERATIONS ANALYST | |
| 60 | 100086609 | 02-0091 | **HENNING, MICHAEL J** <br> BRIDGEPORT <br> PACKAGE DRIVER | |
| 61 | 100101021 | 02-0217 | **FOX, KEITH L** <br> WILTON | |
| 62 | 100126104 | 02-0100 | **IENNER, EDWARD A** <br> STAMFORD <br> TECH PHONE | |
| 63 | 100086486 | 02-0257 | **BELL, KIMBERLY A** <br> GREENWICH | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:01CV1089(SRU)**  
Description: **TALWAR V. STATE**

Date: **5/13/04**  
Time: **9:03 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 46 | 100093691 | 02-0253 | **PLUMMER, ANGELA A**<br>CUSTOMER SERVICE REP. (SALES)<br>BRIDGEPORT | |
| 47 | 100108830 | 02-0281 | **DELEO, DAVID A**<br>POLICE OFFICER<br>STAMFORD | |
| 48 | 100097047 | 02-0292 | **KUKULKA, JOHN W**<br>REAL ESTATE DEVELOPER<br>RIDGEFIELD | |
| 49 | 100098972 | 02-0202 | **CORDON, ANNA C**<br>ACCOUNTING MANAGER<br>FAIRFIELD | |
| 50 | 100115591 | 02-0016 | **KRITZER, HARRY A**<br>ATTORNEY<br>WESTPORT | |
| 51 | 100082728 | 02-0001 | **BENNETT, JENNIFER R**<br>KITCHEN SALES<br>STRATFORD | |
| 52 | 100098583 | 02-0020 | **JACKSON, FERNANDEZ**<br>M.H.A./CASE MANAGER<br>BRIDGEPORT | |
| 53 | 100114872 | 02-0252 | **KELLY, GARY L**<br>PRESIDENT<br>WILTON | |
| 54 | 100099278 | 02-0289 | **BENNETT JR, PATSY L**<br>RETIRED, GAS STATION/TRUCKING CO.<br>FAIRFIELD | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV1089(SRU)**
Description: **TALWAR V. STATE**

Date: **5/13/04**
Time: **9:03 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 64 | 100088196 NORWALK | 02-0153 | **ALSTON, MARY C** OB TECH | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 8 of 8