UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 11  A 9: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| MAHESH TALWAR<br>Plaintiff | CIVIL ACTION NO.<br>: 3:01CV1089(SRU) |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MOTOR VEHICLES<br>Defendant | :<br>: MAY 10, 2004 |

## MOTION IN LIMINE

COMES NOW the defendant, State of Connecticut, Department of Motor Vehicles, and respectfully moves for an order in limine to prohibit the plaintiff from offering testimony on the following:

1.   any testimony by any medical provider or medical expert regarding the nature of damages, causation or aggravation based on plaintiff's failure to respond to Defendants' Interrogatories and Requests For Production, dated February 5, 2002, regarding the same, plaintiff's failure to supplement or correct his responses, and plaintiff's failure to disclose any experts pursuant to Rule 26(a)(2)(C), Fed. R. Civ. P.

Defendant files a memorandum in support hereof.

WHEREFORE the defendant moves the Court for a motion in limine consistent with this motion.

DEFENDANT
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR
VEHICLES

By  */s/ Joseph A. Jordano*

Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel. (860) 808-5340
Fax. (860) 808-5383

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion in Limine was mailed, first class postage prepaid, this 10th day of May, 2004 to:

Robert B. Muchinsky, Esq.
39 Russ St.
Hartford, CT 06016-1566

*/s/ Joseph A. Jordano*

Joseph A. Jordano
Assistant Attorney General