CT/cvtrial (October 17, 2001)

TOTAL TIME: 4 hours 35 minutes  
DEPUTY CLERK: Montz  
HONORABLE: Stefan Underhill  
RPTR/ERO/TAPE: Cahucci  

DATE 5-17-04   START TIME 9:15   END TIME 3:00  
LUNCH RECESS FROM 1:00 TO 2:10  
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Talwar  
vs.  
State of Conn. etal  

CIVIL NO. 3:01cv 1089 (SRU)

Plaintiffs Counsel: Robert Muchinsky  
☐ SEE ATTACHED CALENDAR FOR COUNSEL  
Defendants Counsel: Joseph Jordano

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn  
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until 5-18-04 at 9:00  
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___  
ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict  

...# Motion ___ ☐ granted ☐ denied ☐ advisement  
...# Motion ___ ☐ granted ☐ denied ☐ advisement  
...# Motion ___ ☐ granted ☐ denied ☐ advisement  
...# Motion ___ ☐ granted ☐ denied ☐ advisement  
oralm..... Oral Motion ___ ☐ granted ☐ denied ☐ advisement  
oralm..... Oral Motion ___ ☐ granted ☐ denied ☐ advisement  
oralm..... Oral motion ___ ☐ granted ☐ denied ☐ advisement  
oralm..... Oral motion ___ ☐ granted ☐ denied ☐ advisement  
☑ ? ___ ☐ filed ☐ docketed  
___ ☐ filed ☐ docketed  
___ ☐ filed ☐ docketed  
___ ☐ filed ☐ docketed  
___ ☐ filed ☐ docketed  
___ ☐ filed ☐ docketed  
___ ☐ filed ☐ docketed  

☐ Plaintiff(s) rests ☐ Defense rests  
Briefs due: ☐ Pltf ___ Deft ___ Reply ___  
☐ Summation held ☐ Court's Charge to the Jury  
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury  
Jury commences deliberations at ___  
Court orders Jury to be fed at Govt. expense (see attached bill)  
SEE ☐ reverse ☐ attached  

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)