CTel./trial (October 17, 2001)

HONORABLE _Stefan Underhill_

TOTAL TIME: **3** hours **45** minutes    DEPUTY CLERK _Montz_    RPTR/ERO/TAPE _Catucci_

DATE _5-18-04_    START TIME _9:20_    END TIME _2:10_

LUNCH RECESS FROM _12:50_ TO _1:55_

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:01cv 1089 (SRU)_

_Talwar_

vs.

_State of Conn_

§
§
§
§
§

_Robert Mechinsky_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Joseph Indano_
Defendants Counsel

## CIVIL JURY/COURT TRIAL

[✓] ....... Jury of **8** report (see attached) ☐ Jury sworn

[✓] ....... [✓] (jytrl./h) Jury Trial held [✓] (jytrl./set) Jury Trial continued until ~~Support~~ at ~~2:30~~

[ ] ....... ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____

[ ] ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| [ ] .....# | Motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| [ ] .....# | Motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| [ ] .....# | Motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| [ ] .....# | Motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| [ ] oralm.... | Oral Motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| [ ] oralm.... | Oral Motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| [ ] oralm.... | Oral motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| [✓] oralm.. Deft | Oral motion _for Judgment as a matter of law_ | | | [✓] granted | ☐ denied | ☐ advisement |

[ ] ....... _____ ☐ filed ☐ docketed
[ ] ....... _____ ☐ filed ☐ docketed
[ ] ....... _____ ☐ filed ☐ docketed
[ ] ....... _____ ☐ filed ☐ docketed
[ ] ....... _____ ☐ filed ☐ docketed
[ ] ....... _____ ☐ filed ☐ docketed
[ ] ....... _____ ☐ filed ☐ docketed

[✓] ....... [✓] Plaintiff(s) rests ☐ Defense rests

[ ] ....... Briefs due: ☐ Pltf _____ Deft _____ Reply _____

[ ] ....... ☐ Summation held ☐ Court's Charge to the Jury

[ ] ....... All full exhibits. ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury

[ ] ....... Jury commences deliberations at _____

[ ] ....... Court orders Jury to be fed at Govt. expense (see attached bill)

[ ] ....... SEE ☐ reverse ☐ attached

[✓] COPY TO: JURY CLERK (JURY TRIALS ONLY)

Date: 5-18-04

# Jury List

Judge: **STEFAN R. UNDERHILL**

Event: **3:01CV1089(SR**

Date: **5/13/04**
Time: **12:48 PM**

| Seat# | Part No. | Name | Type |
|-------|----------|------|------|
| 1 | 100106350 | BENWARE,LINDA J | Juror |
| 2 | 100120626 | DENG,HONGBING | Juror |
| 3 | 100094850 | FRANZEN,BARBARA C | Juror |
| 4 | 100094281 | HILDRED JR,ALAN | Juror |
| 5 | 100088810 | JOHNSON,VICTORIA | Juror |
| 6 | 100120343 | KELLEY,ELAINE M | Juror |
| 7 | 100126159 | PICKENS,ELISABETH A | Juror |
| 8 | 100117842 | RAMSEY,DIANNE G | Juror |