*Talwar*
v.
State of Conn.

Witness List

3:01cv1089 (SRU)

FILED
2004 MAY 18 P 4:05
U.S. DISTRICT COURT
BRIDGEPORT

This is a case brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000 against the Department of Motor Vehicles (hereinafter "DMV"). The complaint alleges claims for retaliation as well as discrimination based on race, color of national origin against DMV. Plaintiff also alleges that he was retaliated against for having opposed discriminatory practices of state agencies on a prior occasion.

In addition to the issues of race discrimination and retaliation under Title VII, defendant raises the issue of lack of subject matter jurisdiction over the complaint as it relates to the defendant, the Department of Administrative Services, (hereinafter "DAS") based on plaintiff's failure to exhaust his administrative remedies against the defendant DAS. Defendant furthermore raises the issue of lack of subject matter jurisdiction to the extent that the complaint raises a breach of contract claim against DAS.

7. **TRIAL BY MAGISTRATE JUDGE**

Counsel have not agreed to a trial by a Magistrate Judge.

8. **WITNESSES**

A. **PLAINTIFF'S LIST OF WITNESSES**

The Plaintiff may call all or some of the following witnesses:

5-17-04   1.   Mahesh Talwar, Danbury, CT. Mr. Talwar is the Plaintiff in this action.

5-17-04   2.   Tim Philavanh, Danbury, CT 06811. Mr. Philavanh is a former co-worker of the Plaintiff at DMV and will testify as to his knowledge regarding any facts relating to the claims alleged in Plaintiff's complaint.

3

3. Marco Montiero, Danbury, CT 06811. Mr. Montiero is a former co-worker of the Plaintiff at DMV and will testify as to his knowledge regarding any facts relating to the claims alleged in Plaintiff's complaint

4. Naresh Talwar, Brookfield, CT. Mr. Talwar is the brother of the Plaintiff and will testify as to his knowledge regarding any facts relating to the claims alleged in Plaintiff's complaint. Mr. Talwar also has knowledge regarding an attempt to intimidate Plaintiff by Defendant.

*5-18-04*  5. Mary D. Kotiadis, Newington, CT 06111. Ms. Kotidas is the former Human Resource Manager for DMV and will testify as to her knowledge regarding the plaintiff's hiring and termination from DMV as well as her knowledge any facts relating to the claims alleged in Plaintiff's complaint.

*5-17-04*
*5-17-04*  6. Susan Patton, Department of Motor Vehicle. Ms. Patton is Plaintiff's former supervisor at DMV and will testify as to her knowledge regarding any facts relating to the claims alleged in Plaintiff's complaint.

7. Mary Graziosa, Department of Motor Vehicles. Ms. Graziosa is a former co-worker of the Plaintiff at DMV and will testify as to her knowledge regarding any facts relating to the claims alleged in Plaintiff's complaint.

*5-18-04*
*Deposition read into record*  8. Michael Marcelynas, Department of Motor Vehicles. Mr. Marcelynas is a former co-worker of the Plaintiff at DMV and will testify as to his knowledge regarding any facts relating to the claims alleged in Plaintiff's complaint.

5·18·04

9. Kara Rivera, New Haven, CT. Ms. Rivera was Plaintiff's Supervisor at Autotote and will testify as to her experience with Plaintiff at Autotote.

10. Paul Yankowski, Prospect, CT 06712. Mr. Yankowski is a former co-worker of the plaintiff at DMV and will testify as to his knowledge and experience of Plaintiff's work at DMV.

The Plaintiff reserves the right to supplement its witness list once they have received Defendant's finalized list and for rebuttal purposes and to call any of plaintiff's witnesses.

**B.    DEFENDANT'S LIST OF WITNESSES**

The defendant hereby submits its list of witnesses that they expect to call at trial. An effort has been made to be over-inclusive in light of the Court's order that persons not listed may not be called. The defendant reserves the right to shorten the list and not call certain witnesses depending on the evidence adduced during the plaintiff case in chief or to call any of the plaintiff's witnesses.

1. Mahesh Talwar, plaintiff, Danbury, CT, will be called to testify about any of the allegations in the complaint, about all subjects mentioned in his testimony, during his deposition, or contained in statements pertaining to this case.

2. Susan Patton, Department of Motor Vehicles, Branch Manager, will testify as to her supervision of plaintiff and his performance in the workplace at the Danbury Branch of the DMV, plaintiff's behavior, attitude, demeanor and statements towards others in the workplace, plaintiff's performance appraisal, and any facts relating to issues raised in the plaintiff's pleading.

5-17-04 Full  3.  Tim Godfrey, Department of Motor Vehicles, Motor Vehicle Specialist, will testify as to his training of plaintiff at the Danbury Branch, plaintiff's behavior, attitude, demeanor and statements towards others in the workplace, and any facts relating to issues raised in the plaintiff's pleading.

5-17-04 Full  4.  Mary Graziosa, Department of Motor Vehicles, former Motor Vehicle Specialist, now Head Examiner, will testify as to her training of plaintiff at the Danbury Branch, plaintiff's behavior, attitude, demeanor and statements towards others in the workplace, and any facts relating to issues raised in the plaintiff's pleading.

6.  Robin Komornik, former Supervisor, Norwalk DMV, will testify to her supervision of plaintiff, plaintiff's behavior, attitude, demeanor and statements towards others in the workplace, and any facts relating to issues raised in the plaintiff's pleading.

END  7.  Beth Krantz, Head Supervisor, formerly Norwalk DMV now Hamden DMV, will testify to her supervision of plaintiff, plaintiff's behavior, attitude, demeanor and statements towards others in the workplace, and any facts relating to issues raised in the plaintiff's pleading.

9.  Mary Kotiadis, former DMV Human Resources Manager, will testify to the hiring of plaintiff, plaintiff's behavior, attitude, demeanor and statements towards others in the workplace, plaintiff's performance appraisal, his transfer back to DAS and any facts relating to issues raised in the plaintiff's.

10.  Barbara Tanuis, DMV Bureau Chief, will testify to the hiring of plaintiff and his transfer back to DAS.

11. David Lynn, Principal Personnel Officer, will testify to the issue of mitigation of damages and if, necessary, the grievances files by the plaintiff during his employment at DAS to plaintiff.

12. Diane Fitzpatrick, Human Resources Business Center, Department of Administrative Services, will testify about recent job fairs and two openings at Southern Connecticut State University.

13. Meenu Talwar, 33 Eastwood Rd., Danbury, CT 06811, will testify about her involvement in the plaintiff's lawsuit and her relationship with the plaintiff.

14. James G. Patton III, 39B East Lake Dr., Danbury, CT 06811, will testify about a phone call received on his caller ID from Naresh Talwar and subsequent actions that he took regarding the same.

15. Michael Marcelynas, DMV Motor Vehicle Specialist, will testify about any facts relating to issues raised in the plaintiff's pleading.

16. Paul Yankowski, DMV Motor Vehicle Specialist, will testify about any facts relating to issues raised in the plaintiff's pleading.

17. Custodian of the Records, Wellesley Inn – Danbury, 116 Newtown Rd., Danbury, CT 06810.

18. Custodian of the Records, Residence Inn by Marriott Danbury, 22 Segar St., Danbury, CT 06810.

The defendant reserves the right to supplement its witness list once they have received plaintiff's finalized list and for rebuttal purposes and to call any of plaintiff's witnesses.