UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR, | ] | NO. 3:01CV01089 (SRU) |
| Plaintiff, | ] | |
| v. | ] | |
| STATE OF CONNECTICUT DEPARTMENT OF MOTOR VEHICLE, | ] | |
| Defendant. | ] | May 17, 2004 |

### STIPULATION AS TO EXHIBITS

The parties hereby stipulate that the following exhibits shall be received as full exhibits without objection. Plaintiff's exhibits: 1, 3, 4, 7, 8, 9, 10, 12, 14, 17, 31, 35 and Defendant's exhibits: B, C, D, E, F, G, H, I, J, K, M, N, S, T, W, AC, AL.

PLAINTIFF,

BY: _____
Robert Muchinsky, ESQ (ct12702)
Law Ofice of Robert Muchinsky
39 Russ Street
Hartford, CT 06106

DEFENDANT,

BY: _____
Joseph A. Jordano (ct21487)
Assistant Attorney General
Office of Attorney General
55 Elm Street
Hartford, CT 06141-0120