UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAHESH K. TALWAR

    v                                          3:01CV1089 (SRU)

DEPARTMENT OF MOTOR VEHICLES,
STATE OF CONNECTICUT
DEPARTMENT OF ADMINISTRATIVE
SERVICES

J U D G M E N T

      This cause came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge.  On May 13, 2004 defendant Department of Administrative Services was dismissed.  On May 18, 2004, at the close of plaintiff's case, defendant's oral motion for judgment as a matter of law was granted.

      It is therefore ORDERED AND ADJUDGED that judgment is hereby entered for the defendant Department of Motor Vehicles, State of Connecticut, and the case is closed.

      Dated at Bridgeport, Connecticut, this 19th day of May, 2004.

KEVIN F. ROWE, CLERK

By  /s/  Alice Montz
Deputy Clerk

EOD_____