UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | Civil Action No. 3:01cv01089(SRU) |
| v. | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF MOTOR VEHICLES AND DEPARTMENT OF ADMINISTRATIVE SERVICES | : | May 19, 2004 |

## MOTION FOR RETURN OF SECURITY FOR COSTS

The Plaintiff, Mahesh Talwar, hereby moves this Court for a return of the security for costs which was filed by the Defendant, State of Connecticut, on August 31, 2001. The Plaintiff hereby provides the following particulars in support of this Motion:

1. On August 31, 2001 the Defendant, State of Connecticut, filed a Request for Security of Costs requesting that the Clerk enter an order directing the Plaintiff to provide a cash deposit or bond in the sum of Five Hundred ($500) Dollars in the instant action.

2. On August 17, 2001, the Defendant's request for bond was granted by Yelena Gutierrez, Deputy Clerk.

3. On September 6, 2001 the Plaintiff paid into the Court the amount of $500.00 in compliance with the Clerk's Order of August 17, 2001.

4. On May 18, 2004, the Honorable Stephan R. Underhill, dismissed the case, 3:01cv01089, at the close of the Plaintiff's case pursuant Defendant's Rule 50 Motion.

WHEREFORE, for the foregoing reasons, the Plaintiff hereby requests the return of the $500.00 bond for security of costs in the above action.

>Respectfully Submitted,
>Plaintiff, Mahesh Talwar
>
>*[signature]*
>
>Robert B. Muchinsky
>39 Russ Street
>Hartford, CT 06106
>Telephone: 860-297-0037
>Facsimile: 860-297-0040
>Federal Bar No.: ct12702

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record on May 19, 2004.

*Defendants:*

Eleanor Mullen
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT 06141-0120

*Filing Location:*

Clerk of Court
United States District Court
95 Lafayette Boulevard
Bridgeport, CT  06604

Robert B. Muchinsky

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Talwar

v.

Motor Vehicles

Case Number: 3:01-cv-01089

CLERK
U.S. DISTRICT COURT
BRIDGEPORT

AUG 17  3 03 PM '01

FILED

ORDER RE: SECURITY BOND
---------------------------

The defendant(s):

Dept of Motor Vehicles

in the above-entitled case having made application to the Clerk of Court for an order requiring the plaintiff(s) to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Local Rule 8(a) of the Rules of Civil Procedure for the United States District of Connecticut.

It is ORDERED that the plaintiff(s) herein file a bond as security for costs in this action within thirty (30) days from this date.

Dated at Bridgeport, Connecticut, August 17, 2001.

KEVIN F. ROWE, CLERK

By: _____
Yelena Gutierrez
Deputy Clerk

**OFFICIAL CHECK**

**FIRST UNION**

544866865

Remitter: MAHESH TALWAR 3:01 CV 1089(SRU)

Issued By Integrated Payment Systems Inc., Englewood, Colorado
Bank One Colorado N.A., Denver, Colorado

Date: 09/06/2001

Pay $**********500DOLS00CTS      $********500.00

To the order of:
CLERK, UNITED STATES
DISTRICT COURT****

2 571 OFFICIAL CK SALE382      $500.00
0000544866865
2020040 95185

**NON NEGOTIABLE**
Retain this copy. Serial No. required for any further inquiry.
**CUSTOMER COPY**

Authorized Signature