**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MAHESH TALWAR, | : | CIVIL ACTION NO. 3:01CV1089(SRU) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | |
| *Defendant* | : | MAY 20, 2004 |

**DEFENDANT'S RESISTANCE TO PLAINTIFF'S**
**MOTION FOR RETURN OF SECURITY BOND**

COMES NOW the defendant and resist the plaintiff's motion to return the $500 security bond for costs posted by plaintiff pursuant Local Rule 83.3.  The defendant resists the motion on the grounds that it was the prevailing party in a trial that resulted in a judgment, for the defendant, dated May 18, 2004.

Under Title VII, the defendant is entitled to submit a claim for costs against the plaintiff, which the defendant intends to do, within the period prescribed by law.

The defendants have a claim in the amount of $2,059.82 that will be submitted to the court.  If the defendant's request for costs is granted, the $500 security bond will be released directly to the defendant to offset the costs that have been incurred.  The defendants will then execute any award for costs against the assets of the plaintiff to recover the remainder amount due.  Accordingly, the defendants request the court deny the plaintiff's motion to release the security bond at this time.

DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF MOTOR
VEHICLES and DEPARTMENT OF
ADMINISTRATIVE SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
Joseph.Jordano@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendant's Resistance to Plaintiff's Motion For Return of Security Bond was mailed first class, postage prepaid, this 20th day of May, 2004 to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106

_____
Joseph A. Jordano
Assistant Attorney General

2