UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR | : | CIVIL. ACTION NO. |
| *Plaintiff*, | : | 3:01CV1089 (SRU) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR | : | |
| VEHICLES | : | May 26, 2004 |
| *Defendant*. | | |

**MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS**

Defendant hereby requests an extension of (10)ten days up to and including June16, 2004, to file a verified bill of costs pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure.

In support of this motion, the undersigned represents as follows:

1.      Judgment in favor of the defendant in the above-entitled matter was entered on May 18, 2004.

2.      The thirty day period for filing an appeal pursuant to FRAP 4(a) has not run.

3.      The defendant, who is the prevailing party in the above-captioned case, respectfully request this extension because of the absence of the undersigned's paralegal who prepares such pleadings.

4.      The undersigned contacted plaintiff's counsel who has no objection to the granting of this extension.

WHEREFORE, the defendant respectfully requests an extension of (10) ten days up to and including June16, 2004, to file a verified bill of costs.

DEFENDANT
DEPARTMENT OF MOTOR
VEHICLES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion For Extension of Time To File Bill Of Costs** was mailed, U.S. mail first class postage prepaid, this 26th day of May, 2004 to all counsel of record.

Robert A. Muchinsky, Esq.
39 Russ St.
Hartford, CT  06106

_____
Joseph A. Jordano
Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF  CONNECTICUT**

| | | |
|---|---|---|
| NANCY HOYT | : | CIV. NO. 3:02CV1758(JCH) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | |
| *Defendant* | : | May 3, 2004 |

**BILL OF COSTS**

1.  Fees of the Court Reporter ............................................  $ 365.00
    Deposition of Nancy Hoyt, dated
    July 2, 2003 -- bill attached

    **TOTAL**                            **$ 365.00**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF  CONNECTICUT**

| | | |
|---|---|---|
| NANCY HOYT | : | CIV. NO. 3:02CV1758(JCH) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | |
| *Defendant* | : | May 3, 2004 |

**CERTIFICATION**

I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, pre-liminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Joseph A. Jordano
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the _____ day of May, 2004.

_____
Notary Public/Commissioner of the Superior Court