UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | CIV. NO. 3:01CV1089(SRU) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | June 1, 2004 |
| *Defendant*. | | |

## MOTION FOR COSTS

This cause came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On May 13, 2004, defendant Department of Administrative Services was dismissed. On May 18, 2004, at the close of plaintiff's case in chief, defendant's oral Rule 50 motion for judgment as a matter of law was granted. Judgment was entered for the defendant on May 19, 2004 (Doc. # 58). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully request that

    a.    The court assess costs in the amount of $2,169.35 in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Doc. # 11) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited in full and paid over to the State of Connecticut, Attorney General's Office, to partially satisfy the bill of costs.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

```
                    DEFENDANT
                    DEPARTMENT OF MOTOR VEHICLES

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL


        BY:         _____
                    Eleanor May Mullen
                    Assistant Attorney General
                    Federal Bar # ct22430
                    55 Elm Street, P.O. Box 120
                    Hartford, CT  06141-0120
                    Tel:  (860) 808-5340
                    Fax: (860) 808-5383
                    E-mail: Eleanor.Mullen@po.state.ct.us
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this          day of June, 2004 to all counsel of record.

Robert Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106


_____
Eleanor May Mullen
Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | CIV. NO. 3:01CV1089(SRU) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | June 1, 2004 |
| *Defendant*. | | |

**BILL OF COSTS**

1. Fees of the Court Reporter ......................................... $ 706.25
   Deposition of Mahesh Talwar, dated
   January 24, 2003 -- bill attached

2. Fees of the Court Reporter …………………………….    247.50
   Deposition of Mahesh Talwar, dated
   March 11, 2003 – bill attached

3. Fees of the Court Reporter ……………………………..    285.00
   Deposition of Marco Monteiro, dated
   March 5, 2003 --  bill attached

4. Fees of the Court Reporter ……………………………….    285.00
   Deposition of David Lynn, dated
   January 28, 2003  -- bill attached

5. Fees of the Court Reporter ……………………………….    305.00
   Deposition of Susan Patton, dated
   January 29, 2003  -- bill attached

6. Fees of the Court Reporter ……………………………….    252.50
   Deposition of Mary Kotiadis, dated
   January 30, 2003  -- bill attached

7. Marshal fee for service of subpoena on SBC …………….    47.80
   on April 21, 2004 – bill attached

3

  8. Marshal fee for service of subpoena on Mary…………… 40.30
      Kotiadis for trial on May 10, 2004
      -- bill attached

      **TOTAL**                              **$ 2,169.35**

EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAHESH K. TALWAR : CIV. NO. 3:01CV1089(SRU) |
| *Plaintiff*, : |
| : |
| v. : |
| : |
| STATE OF CONNECTICUT : |
| DEPARTMENT OF MOTOR VEHICLES : June 1, 2004 |
| *Defendant*. |

## CERTIFICATION

I, Eleanor May Mullen, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Eleanor May Mullen
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the _____ day of June, 2004.

_____
Notary Public/Commissioner of the Superior Court