UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH TALWAR | : | Case No. 3:01CV1089(SRU) |
| *Plaintiff* | : | |
| v. | : | Judge Stefan R. Underhill |
| | : | |
| State of Connecticut | : | Notice of Manual Filing |
| Dept. of Motor Vehicles | : | |
| | | |
| *Defendant* | : | June 1, 2004 |

    Please take notice that the Defendant, State of Connecticut, Department of Motor Vehicles has manually filed the following document or thing

    Invoices in Support of Defendant's Motion for Costs

These exhibits have not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,

/s/ Eleanor May Mullen
Eleanor May Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Eleanor.Mullen@po.state.ct.us
Federal Bar # ct22430