UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mahesh K. Talwar | : Civil Action No. 3:01cv01089(SRU) |
| V. | : |
| State of Connecticut, Department of Motor Vehicles and Department of Administrative Services | : June 4, 2004 |

**Objection to Motion for Costs**

The Plaintiff, through his attorney, hereby objects to the Defendants' Motion for Costs dated June 1, 2004 and provides herewith the following particulars in support thereto:

1. The deposition of David Lynn dated January 28, 2003 was not used at trial.

2. The Marshal fee for the Service of a Subpoena upon SBC is inappropriate as no person or evidence from SBC was used at trial.

Therefore the plaintiff respectfully submits that the amounts of $285.00 and $47.80 (total amount of $332.80) should be deleted from the defendant's bill of costs.

*[signature]*
Robert B. Muchinsky
39 Russ Street
Hartford, CT 06106
Telephone: 860-297-0037
Facsimile: 860-297-0040
Federal Bar No.: ct12702

Robert B. Muchinsky, Attorney at Law
39 Russ Street, Hartford, CT 06106 ~ Tel: 860-297-0037 ~ Fax 860-297-0040

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record on June 4, 2004.

*Defendants:*

Eleanor Mullen
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT 06141-0120

*Filing Location:*

Clerk of Court
United States District Court
95 Lafayette Boulevard
Bridgeport, CT  06604

_____
Robert B. Muchinsky