UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | CIV. NO. 3:01CV1089(SRU) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | June 10, 2004 |
| *Defendant*. | | |

### REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR COSTS

COMES NOW the defendant and replies to plaintiff's objection to defendant's motion for costs, dated June 4, 2004.

Plaintiff objected to the costs of the deposition of David Lynn, dated January 28, 2003, and a marshal fee for the service of subpoena upon SBC inasmuch as neither was used at trial. There is no requirement in Federal Rule 54 that either item must be used at trial. Rather, the rule specifically states that a prevailing party is allowed to put in for costs used in the defense of the matter.

WHEREFORE, the defendant respectfully states that the above-mentioned costs be allowed and that defendant's motion for costs in the amount of $2,169.35, dated June 1, 2004, be granted in their entirety.

                                                      DEFENDANT
                                                      DEPARTMENT OF MOTOR VEHICLES

                                                      RICHARD BLUMENTHAL
                                                      ATTORNEY GENERAL

BY: _____
           Eleanor May Mullen
           Assistant Attorney General
           Federal Bar # ct22430
           55 Elm Street, P.O. Box 120
           Hartford, CT  06141-0120
           Tel:  (860) 808-5340
           Fax: (860) 808-5383
           E-mail: Eleanor.Mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Reply to Plaintiff's Objection to **Motion for Costs** was mailed, U.S. mail first class postage prepaid, this 10th day of June, 2004 to all counsel of record.

Robert Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106

_____
Eleanor May Mullen
Assistant Attorney General