FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUN 17 A 11: 10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MAHESH T. ALWAR

v.

State of Connecticut
Department of Motor Vehicles
ET AL

CIVIL CASE NO. 3:01CV1089(SRU)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __MAHESH TALWAR__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

__attached__

2. The Judgment /Order in this action was entered on __5-19-2004__.
(date)

__Mahesh Talwar__
Signature

__MAHESH TALWAR__
Print Name

__33 Eastwood Rd.__

__Danbury CT 06811__
Address

__203-778-6203__
Telephone Number

Date: __6-17-2004__

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

rev. 7/02



#58

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 19 A 9: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MAHESH K. TALWAR

v

3:01CV1089 (SRU) 

DEPARTMENT OF MOTOR VEHICLES,
STATE OF CONNECTICUT
DEPARTMENT OF ADMINISTRATIVE
SERVICES

## JUDGMENT

This cause came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On May 13, 2004 defendant Department of Administrative Services was dismissed. On May 18, 2004, at the close of plaintiff's case, defendant's oral motion for judgment as a matter of law was granted.

It is therefore ORDERED AND ADJUDGED that judgment is hereby entered for the defendant Department of Motor Vehicles, State of Connecticut, and the case is closed.

Dated at Bridgeport, Connecticut, this 19th day of May, 2004.

KEVIN F. ROWE, CLERK

By _____
Deputy Clerk

EOD 5/20/04