## DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __June 25, 2004__     TO:    Intake Clerk

**FILED**

FROM: Tasha Simpson    203-579-5657

2004 JUL 15  A 11: 54

**CASE TITLE:**    Talwar vs Motor Vehicle

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**DOCKET NO.:**    3:01 cv 1089 (SRU)

**NOTICE OF APPEAL:**  filed: __June 17, 2004__

**APPEAL FROM:**    final judgment: _yes ( record attached )_

interlocutory: _

other: _

**DOCKET SHEET:**   Attorney, updated address & phone number for _each_ party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**    Paid __✓__    Due _____    N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge ____

**COUNSEL:**    CJA _____    Retained _____    Pro Se __✓__

**TIME STATUS:**    Timely __✓__    Out of Time _____

**MOTION FOR
EXTENSION OF TIME:** Granted _____    Denied _____

**COA:**    Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Denal N. Miller_____ DATE: _7/13/04_____
DEPUTY CLERK, USCA

USCA No. _____.