UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Talwar

VS.

CV. NO. 3:01 cv 1089 (SRU)- CV

USCA NO.

Motor Vehicles

### INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND
VOLUMES OF ORIGINAL RECORD.

DATE: 7/23/04
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

**MISSING DOCUMENTS:**     # 64 and # 66