UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | CIV. NO. 3:01CV1089(SRU) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | May 26, 2005 |
| *Defendant* | | |

## DEFENDANT'S RENEWED MOTION FOR COSTS

This cause came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On May 13, 2004, defendant Department of Administrative Services was dismissed. On May 18, 2004, at the close of plaintiff's case in chief, defendant's oral Rule 50 motion for judgment as a matter of law was granted. Judgment was entered for the defendant on May 19, 2004 (Doc. # 58). The defendant filed a motion for costs on or about June 2, 2004 (Doc. # 64) but said motion was denied without prejudice on August 11, 2004 (Doc. # 70) to renew when the District Court judgment became final.

The plaintiff, proceeding pro se, filed an appeal to the Second Circuit Court of Appeals on or about June 17, 2004 (Doc. # 67). The plaintiff's appeal, after a series of requests for extensions by the pro se plaintiff to file his appellant brief, was subsequently withdrawn on or about May 18, 2005 (see Attachments A and B) and the Second Circuit has closed its case. The withdrawal of the case before the Second Circuit makes the judgment by the District Court a final judgment. Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully request that:

  a. The Court assess costs in the amount of $2,169.35 in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B;

  b. The $500.00 bond posted by the plaintiff (Doc. # 11) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited in full and paid over to the State of Connecticut, Attorney General's Office, to partially satisfy the bill of costs;

  c. The Court issue an order forfeiting the $500 bond consistent with the request in sub-paragraph (b) above.

  The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

              DEFENDANT
              DEPARTMENT OF MOTOR VEHICLES

              RICHARD BLUMENTHAL
              ATTORNEY GENERAL


BY:   _____
    Eleanor May Mullen
    Assistant Attorney General
    Federal Bar # ct22430
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120
    Tel: (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Eleanor.Mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this          day of May, 2005 to all counsel and pro se parties of record.

    Robert Muchinsky, Esq.
    39 Russ Street
    Hartford, CT  06106

    Mahesh Talwar, pro se
    33 Eastwood Road
    Danbury, CT  06811

                                                          _____
                                                            Eleanor May Mullen
                                                            Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | CIV. NO. 3:01CV1089(SRU) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | May 26, 2005 |
| *Defendant*. | | |

**BILL OF COSTS**

1. Fees of the Court Reporter .......................................... $ 706.25
    Deposition of Mahesh Talwar, dated
    January 24, 2003 -- bill attached

2. Fees of the Court Reporter …………………………….    247.50
    Deposition of Mahesh Talwar, dated
    March 11, 2003 – bill attached

3. Fees of the Court Reporter …………………………..    285.00
    Deposition of Marco Monteiro, dated
    March 5, 2003 --  bill attached

4. Fees of the Court Reporter ……………………………….    285.00
    Deposition of David Lynn, dated
    January 28, 2003  -- bill attached

5. Fees of the Court Reporter ……………………………….    305.00
    Deposition of Susan Patton, dated
    January 29, 2003  -- bill attached

6. Fees of the Court Reporter ……………………………….    252.50
    Deposition of Mary Kotiadis, dated
    January 30, 2003  -- bill attached

7. Marshal fee for service of subpoena on SBC …………….    47.80
    on April 21, 2004 – bill attached

8. Marshal fee for service of subpoena on Mary…………… 40.30
    Kotiadis for trial on May 10, 2004
    -- bill attached

    **TOTAL**                           **$ 2,169.35**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | CIV. NO. 3:01CV1089(SRU) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | May 26, 2005 |
| *Defendant*. | | |

**CERTIFICATION**

I, Eleanor May Mullen, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Eleanor May Mullen
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the _____ day of May, 2005.

_____
Notary Public/Commissioner of the Superior Court