

# General Docket
## US Court of Appeals for the Second Circuit

Second Circuit Court of Appeals

Court of Appeals Docket #:04-3666-cv

Nsuit:       3442      CIVIL RIGHTS-Jobs
Talwar v. Motor Vehicles

Appeal from: DISTRICT OF CONNECTICUT (NEW HAVEN)

Case type information:
      Civil
      Private

      None

Lower court information:
      District:     01-cv-1089

      Trial Judge     Stefan R. Underhill
      MagJudge:
      Date Filed:    06/13/01

      Date             5/19/2004
      order/judgement:
      Date NOA filed:      6/17/2004

Fee status:Paid
Panel Assignment:

Panel:
Date of decision       5/18/05

Prior cases:     NONE

Current cases:    NONE

 Docket as of May 18, 2005           7:18 pm

☐

Official Caption 1/

---------------------------------------

Docket No. [s] : 04-3666 -cv

Mahesh Talwar,

      Plaintiff-Appellant,            **ATTACHMENT A**

v.

Dept of Motor Vehicles, State of CT,  Dept of Administrative Svcs,

    Defendants-Appellees.

----------------------------------------

Authorized Abbreviated Caption 2/

 Docket as of May 18, 2005          7:18 pm

☐

| | |
|---|---|
| Dept of Administrative Svcs<br>Defendant-Appellee | Joseph A. Jordano Esq.<br>[ LD ret ]<br>U.S. Attorneys Office, District o<br>55 Elm St., PO Box 120<br>Hartford , CT , 06141<br>860-808-5340 |
| Dept of Motor Vehicles<br>Defendant-Appellee | Joseph A. Jordano Esq.(See above)<br>[ LD ret ] |
| Mahesh  Talwar<br>Plaintiff-Appellant | Mahesh   Talwar<br>n/a<br><br>33 Eastwood Rd.<br>Danbury , CT , 06811<br>203-778-6203 |

 Docket as of May 18, 2005          7:18 pm

☐

       7/1/04 Copy of notice of appeal and district court
              docket entries on behalf of  APPELLANT
              Mahesh Talwar,  filed.

       7/1/04 Copy of receipt re: payment of docketing fee
              filed on behalf of  APPELLANT   Mahesh Talwar
              , Receipt #: B008374. (As indicated on USDC
              docket sheet)

       7/1/04 Copy of district court JUDGMENT dated 5/19/04
              , RECEIVED.

       7/1/04 Record on appeal filed. (Original papers of
              district court.)  Volume(s) 1.

     7/30/04 Record on appeal received in records room
              from team. (1 volume).

      8/2/04 Notice of appeal acknowledgment letter from
              Mahesh Talwar received.

```
 8/3/04  Notice of appearance form on behalf of
         Joseph Jordano , Esq., filed. (Orig in acco,
         copy to Calendar)

 9/14/04 Scheduling order #1 filed. Appellants brief
         due  10/14/2004. Appellees brief due
         11/15/2004. Ready week  12/27/2004.

 9/14/04 Notice to counsel and pro se re: Scheduling
         order dated 9/14/04.

 10/5/04 Appellant  Mahesh Talwar motion for extended
         time to file brief filed with proof of
         service.
Docket as of May 18, 2005          7:18 pm
```

☐

```
 12/7/04 Order FILED GRANTING motion for extended time
         to file brief by Appellant  Mahesh Talwar,
         endorsed by EAndino.

 12/7/04 Notice to counsel and pro se re: order dated
         12/07/04.

 12/7/04 Scheduling order #2 filed. Appellants brief
         due  1/6/2005. Appellees brief due  2/7/2005.
         Ready week  3/21/2005.

 12/7/04 Notice to counsel and pro se re: scheduling
         order #1dated 12/7/04.

  1/5/05 Appellant  Mahesh Talwar motion withdraw
         appeal "without prejudice" filed with proof
         of service.

 2/10/05 Appellee   Dept of Motor Vehicles, Appellee
         Dept of Administrative Svcs motion dismiss
         the appeal filed with proof of service.

 2/16/05 Appellant  Mahesh Talwar  (Pro Se),  LETTER
         in opposition to motion to dismiss and in
         support of motion to withdraw the appeal
         filed with proof of service.

 3/17/05 Scheduling order #3 filed. Appellants brief
         due  4/15/2005. Appellees brief due  5/6/2005
         . Ready week  6/27/2005.

 3/17/05 "IT IS HEREBY ORDERED that the motion to
         withdraw by appellant, and the motion to
         dismiss for default are DENIED. Failure by
         appellant to meet the following amended
         scheduling order will result in dismissal of
         the appeal: Appellant`s brief and appendix
         are due no later than Apri 15, 2005;
         Appellee`s brief is due no later than May 16,
Docket as of May 18, 2005          7:18 pm
```

☐

                 2005. The appeal will be heard as early as
                 the week of June 27, 2005. NO FURTHER
                 EXTENSIONS WILL BE GRANTED." BEFORE: Hon. CJS
                 . Endorsed by TWYoung.

3/17/05    Notice to counsel and pro se re: Order dated
                 3/17/05.

3/17/05    "IT IS HEREBY ORDERED that the motion to
                 withdraw by appellant, and the motion to
                 dismiss for default are DENIED. Failure by
                 appellant to meet the following amended
                 scheduling order will result in dismissal of
                 the appeal: Appellant`s brief and appendix
                 are due no later than Apri 15, 2005;
                 Appellee`s brief is due no later than May 16,
                 2005. The appeal will be heard as early as
                 the week of June 27, 2005. NO FURTHER
                 EXTENSIONS WILL BE GRANTED." BEFORE: Hon. CJS
                 . Endorsed by TWYoung.

3/17/05    Notice to counsel and pro se re: Order dated
                 3/17/05.

4/18/05    Appellant Mahesh Talwar motion for
                 reconsideration for withdrawal without
                 prejudice filed with proof of service.

5/18/05    Order FILED GRANTING motion to reconsider the
                 court`s 3/17/05 order denying his motion to
                 withdraw his appeal without prejudice by
                 Appellant Mahesh Talwar is GRANTED. Endorsed
                 by TWYoung. BEFORE: Hon. CJS

5/18/05    Notice to counsel and pro se re: Order dated
                 5/18/05.

5/18/05    This appeal is disposed by the order: dated
                 5/18/05.

Docket as of May 18, 2005                  7:18 pm

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 05/26/2005 09:52:56 | | |
| PACER Login: ag0031 | Client Code: | |
| Description: dkt report | Case Number: | 04-3666 |
| Billable Pages: 5 | Cost: | 0.40 |

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 4/26/05
Docket Number: 04-3666-cv
Short Title: Talwar v. Motor Vehicles
DC Docket Number: 01-cv-1089
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Stefan Underhil

## MOTION INFORMATION FORM

Movant: Mehesh Talwar, Appellant

|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /__/ |
| Consent obtained from adversary(ies)? | /__/ | /__/ |
| Is oral argument desired? | /__/ | /__/ |

*[Stamp: UNITED STATES COURT OF APPEALS FILED MAY 18 2005 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]*

## ORDER

Before: Hon. Chester J. Straub, *Circuit Judge*

IT IS HEREBY ORDERED that the motion by *pro se* appellant to reconsider the court's 3/17/05 order denying his motion to withdraw his appeal without prejudice is GRANTED. The appeal is withdrawn without prejudice.

MAY 18 2005
_____
Date

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
_____
Tracy W. Young
Motions Staff Attorney

ATTACHMENT B