## Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Hartford, Ct. 06106
06-1448649
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
| --- | --- |
| Monday, February 10, 2003 | 641pr |

Eleanor M. Mullen
Attorney General
55 Elm Street
Hartford, CT 06106

**Phone:** (860) 808-5340     **Fax:**

| | |
| --- | --- |
| **Witness:** | Talwar, Mahesh |
| **Case:** | Talwar vs CT |
| **Venue:** | |
| **Case #:** | 3:01CV 01631(PCD) |
| **Date:** | 1/24/2003 |
| **Start Time:** | 11:00 AM |
| **End Time:** | 5:00 PM |
| **Reporter:** | Bethany Carrier |
| **Claim #:** | |
| **File #:** | 3721ss |

| Description | Quan | Total |
| --- | --- | --- |
| Original and two copies | 163 | $643.85 |
| Multipage Condensed | 1 | $30.00 |
| Attorney General-Appearance | 1 | $75.00 |
| **Sub Total** | | $748.85 |
| **Payments** | | $0.00 |
| **Balance Due** | | $748.85 |

*approved for payment EMMullen*

RECEIVED
FEB 1 0 2003
ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express*

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, March 17, 2003 | 3467rr |

Eleanor M. Mullen
Attorney General
55 Elm Street
Hartford, CT 06106

Phone:     (860) 808-5340     Fax:

| | |
|---|---|
| **Witness:** | Talwar, Mahesh |
| **Case:** | Talwar vs CT |
| **Venue:** | |
| **Case #:** | 3:01CV 01631(PCD) |
| **Date:** | 3/11/2003 |
| **Start Time:** | 11:30 AM |
| **End Time:** | 4:00 PM |
| **Reporter:** | Robin Balletto |
| **Claim #:** | |
| **File #:** | 4790ss |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 46 | $181.70 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $256.70 |
| Payments | | $0.00 |
| Balance Due | | $256.70 |

*Approved for payment*
*E. Mullen*

RECEIVED MAR 17 2003 ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express.*

*Emm*

# Brandon Smith Reporting Service, LLC

## Invoice

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, March 17, 2003 | 3469rr |

Eleanor M. Mullen
Attorney General
55 Elm Street
Hartford, CT 06106

Phone:     (860) 808-5340     Fax:

| | |
|---|---|
| **Witness:** | Monteiro, Marco A. |
| **Case:** | Talwar vs CT |
| **Venue:** | |
| **Case #:** | 3:01CV 01631(PCD) |
| **Date:** | 3/5/2003 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 4:00 PM |
| **Reporter:** | Robin Balletto |
| **Claim #:** | |
| **File #:** | 4789ss |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 56 | $221.20 |
| Attorney General-Appearance | 1 | $75.00 |
| | Sub Total | $296.20 |
| | Payments | $0.00 |
| | Balance Due | $296.20 |

*approved for payment.*
*E. Muller*



Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express.*

RECEIVED
MAR 1 7 2003
ATTORNEY GENERAL'S OFFICE



**NIZIANKIEWICZ MILLER & M**

*ЄMM*

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

ELEANOR M. MULLEN, ESQUIRE
ATTORNEY GENERAL'S OFFICE
55 ELM STREET
P.O. BOX 120
HARTFORD, CT  06141-0120

DATE      04/10/2003
INVOICE    25641
CLIENT      4507
REFERENCE HAR

Re: MAHESH K. TALWAR | STATE OF CT DMV, ET AL
Assignment Date: January 28, 2003

Deposition Of — DAVID LYNN



USDC OPPOSING COUNSEL                         285.00
SHIPPING & HANDLING                             4.00
                                          ==========
                        Total Amount  $      289.00
                                 Tax  $       17.34
                           Total due  $      306.34

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

*approved for payment*
*E. Mullen*

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY



**NIZIANKIEWICZ MILLER & M**

**972 TOLLAND STREET**
**EAST HARTFORD, CT 06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

ELEANOR M. MULLEN, ESQUIRE
ATTORNEY GENERAL'S OFFICE
55 ELM STREET
P.O. BOX 120
HARTFORD, CT   06141-0120

DATE       04/10/2003
INVOICE      25643
CLIENT        4507
REFERENCE HAR

Re: MAHESH K. TALWAR   STATE OF CT DMV  ET AL
Assignment Date: January 29, 2003

Deposition Of - SUSAN PATTON

USDC OPPOSING COUNSEL                          305.00
SHIPPING & HANDLING                              4.00
                                            ==========
                        Total Amount $        309.00
                                Tax $         18.54
                          Total due $        327.54

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

*approved for payment*
*Eleanor Mullen*

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY



**NIZIANKIEWICZ & MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

ELEANOR M. MULLEN, ESQUIRE
ATTORNEY GENERAL'S OFFICE
55 ELM STREET
P.O. BOX 120
HARTFORD, CT   06141-0120

| | |
|---|---|
| DATE | 04/10/2003 |
| INVOICE | 25682 |
| CLIENT | 4507 |
| REFERENCE | HAR |

Re: MAHESH K. TALWAR  STATE OF CT DMV
Assignment Date: January 30, 2003

Deposition Of — MARY D. KOTIADIS



USDC OPPOSING COUNSEL                         252.50
SHIPPING & HANDLING                             4.00
                                          ==========
                    Total Amount $           256.50
                            Tax $             15.39
                      Total due $            271.89

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

*Approved for payment*
*Eleanor Mullen*

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

# EVE L. MILLER
# AN INDIFFERENT PERSON

**201 Orange Street**
**New Haven, CT 06510**
Phone: 203.787.4805
Fax: 203.782.2860
email:
EVEMILLER.ATMARSHAL@SNET.NET

April 21, 2004
Invoice #C104

Office of the Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0129
Attn: Assistant Attorney General Eleanor M. Mullen

Re:   Mahesh Talwar vs. State of CT Dept. of Motor Vehicles

SUBPOENA - Peggy Garber, SBC East

*Approved For Payment Eleanor Mullen*

## SERVICES RENDERED          $ 47.80

INVOICE - VOUCHER FOR GOODS OR SERVICES
RENDERED TO THE STATE OF CONNECTICUT

CO-17  REV. 3/98  (Stock No. 102-01)

STATE OF CONNECTICUT
OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

**01070251**

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH
TO AGENCY BILLING ADDRESS SHOWN ON PURCHASE ORDER.

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. | (5) DOCUMENT AMOUNT |
|---|---|---|---|---|
| | | | **01070251** | $ |

| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE | (10) COMM. AGCY. | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX |
|---|---|---|---|---|---|---|---|
| | | | | | | | 048 26 3848 |

**VENDOR / PAYEE: FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT**

(14)

PAYEE:  **State Marshal**
PAYEE:  **Alex J. Zaniewski**
ADDRESS: **P.O. Box 545**
ADDRESS: **New Britain, Ct.  06050**
CITY:           STATE:           ZIP CODE:

(15)
**ARE YOU INCORPORATED?**
☐ YES    ☒ NO

(16)
**ARE YOU A NON - PROFIT ORGANIZATION?**
☐ YES    ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME; DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service of process re: Subpoena In Re: Mahesh Talwar vs. Dept. of Motor Vehicles Dated: 5-10-2004  ( Mary Kotiadis ) | | | | |
| Pages | 2 | | $ 1.00 | $ 2.00 |
| Ends. | 2 | | .40 | .80 |
| Service | 1 | | 30.00 | 30.00 |
| Travel | 20 | | .375 | 7.50 |
| Total | | | | $ 40.30 |

Date of service
May 11, 2004

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND | SID | (28) OBJECT | (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS

| (34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE |
|---|
| (35) RECEIVING REPORT NO.          (36) DATE(S) OF RECEIPT(S) |

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|
| | | | |

DISTRIBUTION:   WHITE-COMPTROLLER      CANARY -AGENCY