FILED

2005 JUN 14 P 2: 14

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mahesh K. Talwar | : Civil Action No. |
| | 3:01cv01089(Sru) |
| V. | : |
| State of Connecticut, | : |
| Department of Motor Vehicles And | |
| Department of Administrative Services | : June 14, 2005 |

## PLAINTIFF'S MOTION TO FILE ONE DAY OUT OF TIME

Plaintiff, Mahesh K. Talwar, asks the court to grant additional time of one (1) day to file its Memorandum in Opposition to Defendant's Renewed Motion for Costs. Plaintiff's Opposition to Defendant's motion was to be filed by June 13, 2005 Fed.R. Civ. P. 6, Local Rule 54(b). A court may grant a request for an extension of time filed after the deadline if the motion to enlarge time shows proof of good cause and shows that failure to act timely was the result of excusable neglect. Fed. R. Civ. P. 6(b) (2); *Donald v. Cook Cty. Sheriff's Dept.*, 95 F. 3d 548, 558 (7th Cir. 1996). In determining whether there is excusable neglect, the court should consider al of the following: (1) the prejudice to the nonmovant, (2) the length of the delay and its potential impact on judicial proceedings, (3) the reason for the delay and whether it was within the reasonable control of the movant, and (4) whether the movant acted in good faith. See *Pioneer Inv. Servs. Co., v. Brunswick Assocs.*, 507 U.S. 380, 395, 113 S. Ct. 1489, 1498, (1993); *MCI Telecomm. Corp. v. Teleconcepts, Inc.*, 71 F.3d 1086, 1097 (3rd Cir. 1995).

Attorney for the Plaintiff received an email from the court, through the Pacer Electronic system, dated Saturday, May 28, 2005, notifying him of the filing of

Robert B. Muchinsky, Attorney at Law
39 Russ Street, Hartford, CT 06106 ~ Tel: 860-297-0037 ~ Fax 860-297-0040

Defendant's Renewed Motion for Costs and Fees, document #74, which noted that responses were due by June 17, 2005. (Email provided herein as Attachment "1"). An inquiry through the Pacer Electronic System to view the docket also revealed that a response to document #74 was due by June 17, 2005. As a result of the court's notice and the Pacer inquiry, the due date for the response was docketed by the plaintiff's attorney's office for June 17, 2005.

The court should grant plaintiff's request for additional time to respond to Defendant's Motion for Costs until June 14, 2005 for the following reasons:

1. The Defendant will not be prejudiced by the enlargement of time of one day.

2. The delay in responding has not been unreasonable. The plaintiff filed this request for an enlargement of time as soon as he became aware of the true filing deadline.

3. The potential impact on the delay on judicial proceedings is not significant.

4. The reason for the delay is confusion over the due date caused by receipt of the court's email resulting in the docketing of the response date of June 17, 2005.

5. Attorney Muchinsky acted in good faith in relying on the date provided in the court's email.

WHEREFORE, for the stated reasons, plaintiff asks the court to enlarge the time

for plaintiff to file its response to Defendant's Renewed Motion for Costs to June 14, 2005.

/s/ Robert B. Muchinsky
ROBERT B. MUCHINSKY
39 Russ Street
Hartford, CT 06106
Telephone: 860-297-0037
Facsimile: 860-297-0040
Federal Bar No.: ct12702

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record on June 14, 2005.

**Defendants:**

Eleanor Mullen
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT 06141-0120

**Filing Location:**

Clerk of Court
United States District Court
95 Lafayette Boulevard
Bridgeport, CT  06604

ROBERT B. MUCHINSKY

```
    From:  CMECF@ctd.uscourts.gov
    Date:  28 May 00:01 (EDT)
      To:  CMECF@ctd.uscourts.gov
 Subject:  Summary of ECF Activity
```

**Activity has occurred in the following cases:**

**3:01-cv-01089-SRU Talwar v. Motor Vehicles, et al**
**Motion for Cost and Fees   74**

**Docket Text:**
RENEWED MOTION for Costs by Dept of Motor Vehicles, Dept of Administrative Svcs.Responses due by 6/17/2005 (Attachments: # (1) Attachments A & B# (2) Invoices)(Simpson, T.)

*Copyright © 2000 West Group*