UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mahesh K. Talwar | Civil Action No. 3:01cv01089(SRU) |
| v. | |
| State of Connecticut, Department of Motor Vehicles and Department of Administrative Services | June 14, 2005 |

## MEMORANDUM IN OPPOSITION
## TO DEFENDANT'S RENEWED MOTION FOR COSTS

The plaintiff, Mahesh Talwar, opposes defendants Renewed Motion for Costs dated May 26, 2005. "District Courts have broad discretion to determine whether and to what extent costs may be awarded to prevailing parties." *SK Hand tool Corp. v. Dresser Industries, Inc.*, 852 F.2d 936 (C.A. 7 (Ill.), 1988). "28 U.S.C. § 1920(2) allows the court to tax costs of "[f]ees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case." This provision allows the prevailing party to recover expenses incurred in obtaining necessary transcripts of material depositions, since they are necessary "for use in the case," both for determining what portions of the testimony to present as well as for preparing to impeach witnesses." *Commercial Credit Equipment Corp. v. Stamps*, 920 F.2d 1361 (C.A. 7 (Ill.), 1990).

Defendant has not made a substantial showing that the transcripts of depositions listed in defendant's motion were "necessary for use in the case".

WHEREFORE, defendant's motion should be denied.

Respectfully Submitted,
**Plaintiff, Mahesh Talwar**

Robert B. Muchinsky
39 Russ Street
Hartford, CT 06106
Telephone: 860-297-0037
Facsimile: 860-297-0040
Federal Bar No.: ct12702

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record on June 14, 2005.

**Defendants:**

Eleanor Mullen
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT 06141-0120

**Filing Location:**

Clerk of Court
United States District Court
95 Lafayette Boulevard
Bridgeport, CT 06604

_____
ROBERT B. MUCHINSKY