# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

*DCCT/NHCT*
*01cv1089*
*Underhill*

Roseann B. MacKechnie
CLERK

Date:                        4/26/05

Docket Number:         04-3666-cv
Short Title:               Talwar v. Motor Vehicles
DC Docket Number:   01-cv-1089
DC:                         DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:                Honorable Stefan Underhill

## MOTION INFORMATION FORM

Movant: Mehesh Talwar, Appellant

|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /__/ |
| Consent obtained from adversary(ies)? | /__/ | /__/ |
| Is oral argument desired? | /__/ | /__/ |

UNITED STATES COURT OF APPEALS
FILED
MAY 1 8 2005
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

2005 SEP 13 P 1:30
U.S. DISTRICT COURT

FILED

### ORDER

Before: Hon. Chester J. Straub, *Circuit Judge*

IT IS HEREBY ORDERED that the motion by *pro se* appellant to reconsider the court's 3/17/05 order denying his motion to withdraw his appeal without prejudice is GRANTED.  *The appeal is withdrawn without prejudice.*

MAY 1 8 2005
_____
Date

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

_Tracy W. Young_
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

— ISSUED AS MANDATE: 8/4/05