UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAHESH K. TALWAR | : | CIV. NO. 3:01CV1089(SRU) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MOTOR VEHICLES | : | December 14, 2005 |
| *Defendant* | | |

## MOTION FOR ORDER FORFEITING BOND

COMES NOW the defendant and requests that the Court issue an order consistent with its ruling on December 7, 2005 (Doc. # 80) that the plaintiff forfeit the $500.00 bond (Doc. # 11, dated September 6, 2001) posted by the plaintiff as partial satisfaction for costs assessed against the plaintiff in the above-captioned matter. The defendants represent as follows:

1. On May 13, 2004, defendant Department of Administrative Services was dismissed. On May 18, 2004, at the close of plaintiff's case in chief, defendant's oral Rule 50 motion for judgment as a matter of law was granted. Judgment was entered for the defendant on May 19, 2004 (Doc. # 58). The plaintiff, proceeding pro se, filed an appeal to the Second Circuit Court of Appeals on or about June 17, 2004 (Doc. # 67). The plaintiff's appeal, after a series of requests for extensions of time, was withdrawn and the Second Circuit closed its case.

2. The defendant, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54 of the Local Rules of Civil Procedure, as prevailing party filed its renewed motion for costs on or about May 26, 2005 (Doc. # 74).

3. The motion was granted on December 7, 2005 (Doc. # 80) in the amount of $2,169.35.

**WHEREFORE**, the defendant respectfully requests the Court issue an order that the clerk forfeit the bond posted by plaintiff in the amount of $500.00 and direct the clerk to direct payment to the Office of the Attorney General as partial satisfaction for the costs of $2,169.35 that have been assessed in the above-captioned matter.

>                DEFENDANT
>                STATE OF CONNECTICUT,
>                DEPARTMENT OF MOTOR VEHICLES
>
>                RICHARD BLUMENTHAL
>                ATTORNEY GENERAL
>
> BY:            _____
>                Eleanor May Mullen
>                Assistant Attorney General
>                Federal Bar # ct22430
>                55 Elm Street, P.O. Box 120
>                Hartford, CT  06141-0120
>                Tel:  (860) 808-5340
>                Fax: (860) 808-5383
>                E-mail: Eleanor.Mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Order Forfeiting Bond** was mailed, U.S. mail first class postage prepaid, this 14th day of December, 2005 to all counsel of record.

Robert Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106

_____
Eleanor May Mullen
Assistant Attorney General

2