**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

January 18, 2006

Robert B. Muchinsky
39 Russ Street
Hartford, CT 06106-1566

        Re: Case Name: Talwar v Motor Vehicles, et al
        Number: 3:01cv1089

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

If they are not picked up by January 27, 2006 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY ___/s/_____
           Alice Montz   203 579-5952
           Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____