UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| KEVIN F. ROWE | TEL. NO. 579-5861 | VICTORIA C. MINOR |
| CLERK | (AREA CODE 203) | CHIEF DEPUTY CLERK |
| | | CHRYSTINE CODY |
| | | DEPUTY-IN-CHARGE BRIDGEPORT |

January 18, 2006

Joseph A. Jordano
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

Re: Case Name: Talwar v Motor Vehicles, et al
Number: 3:01cv1089 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

Defendant's exhibits A-Z and AA-AL

If they are not picked up by January 27, 2006, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY ____/s/_____
Alice Montz
Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____